**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6389**

JIBRI CUNNINGHAM,

     Petitioner - Appellant,

  v.

WARDEN H. QUAY,

     Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Elizabeth W. Hanes, District Judge.  (2:22-cv-00358-EWH-LRL)

Submitted:  August 22, 2024          Decided:  August 27, 2024

Before WILKINSON, WYNN, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jibri Cunningham, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jibri Cunningham, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Cunningham's 28 U.S.C. § 2241 petition in which Cunningham challenged the execution of his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Cunningham v. Quay*, No. 2:22-cv-00358-EWH-LRL (E.D. Va. Mar. 15, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
